UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
Warren                                               :
                                                     :
                    Plaintiff,                       :
                                                     :
       -against-                                     :         12_____ Civ. 5139_____ ( RA ___ ) ( FM ___ )
                                                     :
                                                     :         NOTICE OF LIMITED APPEARANCE
                                                     :         OF *PRO BONO* COUNSEL
Columbia Presbyterian Hospital                       :
                                                     :
                    Defendant.                       :
-------------------------------------------------------X

To the Clerk of this Court and all parties of record:

    Enter my appearance as *pro bono* counsel in this case on behalf of:

    ___Plaintiff Harold Warren_____ [party]

    for the limited purpose of _Settlement_____. I certify that I am admitted to practice in this Court.

| | |
|---|---|
| June 7, 2013 | s/ Walker G. Harman, Jr. |
| Date | Signature |
| | Walker G. Harman, Jr.        WH-8044 |
| | Print Name                   Bar No. |
| | The Harman Firm, PC, 200 W 57th St, Ste 900 |
| | Address |
| | New York |
| | City            State           Zip Code |
| | 212.425.2600                    212.202.3926 |
| | Phone No.                       Fax. No. |
| | wharman@theharmanfirm.com |
| | Email Address |