```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/2013
```

**THE HARMAN FIRM, PC**
ATTORNEYS & COUNSELORS AT LAW
200 WEST 57th STREET, SUITE 900, NEW YORK, NEW YORK
TELEPHONE 212 425 2600 FAX 212 202 3926
WWW.THEHARMANFIRM.COM

**MEMO ENDORSED**

June 7, 2013

**VIA FACSIMILE (212) 805-6724**
Hon. Frank Maas
United States District Court for the
  Southern District of New York
500 Pearl Street
New York, New York 10007

> *Adjourned to 6/20 at 10 a.m. If that date/time are not suitable for defense counsel, counsel should place a conference call to Chambers by 6/12 to reschedule.*
>
> */s/ Maas, USMJ, 6/7/13*

**Re:** *Warren v. Columbia Presbyterian Hosp. et al.,*
       **12 CV 5139 (RA)(FM)**

Dear Judge Maas:

This firm has just been retained to represent Plaintiff Harold Warren *pro bono* in the above-referenced action.

As we are actively learning the details of the case, we respectfully request that the Settlement Conference be adjourned briefly. It is currently scheduled for Wednesday, June 12, 2013 at 10:00 a.m. and we respectfully request that it be adjourned until Thursday, June 20, 2013.

We thank the Court for its time and attention to this matter.

Respectfully submitted,
THE HARMAN FIRM, PC

_____/s/_____
Walker G. Harman, Jr. [WH-8044]

cc:   James S. Frank, Esq. (via email, jfrank@ebglaw.com)
      D. Martin Stanberry (via email, mstanberry@ebglaw.com)
      Robert P. Lewis, Esq. (via email, robert.lewis@bakermckenzie.com)
      Kenneth J. Kelly, Esq. (via email, kkelly@ebglaw.com)
      Jennifer M. Horowitz, Esq. (via email, jhorowitz@ebglaw.com)
      James T. Potter, Esq. (via email, jpotter@hinmanstraub.com)
      Dr. Harold Warren (via email)