UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                          :

HAROLD WARREN,               :

                        :

              Plaintiff,    :

                        :

         -v-              :

                        :

COLUMBIA PRESBYTERIAN HOSPITAL,  :
et al.,

                        :

           Defendants.  :

                        :
--------------------------------------------------------X

No. 12 Civ. 5139 (RA)

ORDER

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8 / 8 / 13

RONNIE ABRAMS, United States District Judge:

On August 7, 2013, the Court accepted for filing Plaintiff's "Notice of Appeal in a Civil

Case." Plaintiff requests that (1) a pro bono attorney be "reinstate[d]," and (2) this case to be

decided by this Court, or alternatively (3) transferred to a different magistrate judge. None of

these issues are appealable at this time. Moreover, this Court declines to vacate the referral to

Judge Maas or to transfer this case to a different magistrate judge.

The referral to Judge Maas for settlement and all general pretrial matters remains in

place. As such, Judge Maas's rulings as to any non-dispositive motions, such as appointment of

counsel, are binding. See Crane v. Poetic Prods., Ltd., 549 F. Supp. 2d 566, 568 (S.D.N.Y.

2008). Plaintiff is required to appear for any future conferences scheduled by Judge Maas. If he

fails to appear at any such conference, this case may be dismissed for failure to prosecute.

SO ORDERED.

Dated:      August 8, 2013
           New York, New York

                               Ronnie Abrams
                               United States District Judge