UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

HAROLD WARREN,

                Plaintiff,

    -against-

COLUMBIA PRESBYTERIAN
HOSPITAL, et al.,

                Defendants.
------------------------------------------------------x

**ORDER**

12 Civ. 5139 (RA) (FM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/13

**FRANK MAAS,** United States Magistrate Judge.

        By letter to the First Department Disciplinary Committee dated July 29, 2013, plaintiff Harold Warren MD has represented that the law firm previously assigned to represent him pro bono presented him with a retainer agreement containing a provision "giving them one third of anything [he] could have gotten from the Settlement Hearings." Since Dr. Warren states that he first noticed this language "when [he] got home," it is apparent that Dr. Warren has a copy of the allegedly improper agreement. Dr. Warren is therefore directed to bring a copy of that agreement to Court when he appears for the conference before me previously scheduled for September 3, 2013. Dr. Warren is further reminded that if he fails to attend the September 3 conference, this case may be dismissed for want of prosecution.

        SO ORDERED.

Dated:    New York, New York
             August 12, 2013

                                               FRANK MAAS
                                    United States Magistrate Judge

Copies to:

Hon. Ronnie Abrams
United States District Judge

Harold Warren     (Via U.S. Mail)
2753 Broadway, Apt. 220
New York, New York 10025

Counsel of Record   (Via ECF)